UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GREGG BOSTER,

                        Plaintiff,

        -against-

SALVATORE BRACCIA, DANIEL LETTIERE,
SCHRODER & COMPANY, INC., DAMIEN
NOVELLO, LOUIS CAIOLA and JOHN DOE a/k/a
"ROBERT MCGRATH,"

                  Defendants,
------------------------------------------------------------X

Index No. CV 06 - 4756

**REQUEST TO ENTER DEFAULT**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 6 2006 ★

**BROOKLYN OFFICE**

TO:    ROBERT C. HEINEMANN, CLERK
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

Please enter default against Defendants SALVATORE BRACCIA, DANIEL LETTIERE, SCHRODER & COMPANY, INC., DAMIEN NOVELLO, LOUIS CAIOLA and JOHN DOE a/k/a "ROBERT MCGRATH" pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of Timothy Feil, Esq.

Dated: Bay Shore, New York
       December 5, 2006

                   By:                      
                       Timothy Feil, Esq.
                       Attorney Reg. No.: TF3516
                       Finkelstein, Feil & Foxman, LLP
                       1322 Fifth Avenue
                       Bay Shore, New York 11706
                       Tel. (631) 969-8833
                       Fax. (631) 969-8835

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREGG BOSTER,

Index No. CV 06 - 4756

Plaintiff,

-against-

**NOTATION OF DEFAULT**

SALVATORE BRACCIA, DANIEL LETTIERE,
SCHRODER & COMPANY, INC., DAMIEN
NOVELLO, LOUIS CAIOLA and JOHN DOE a/k/a
"ROBERT MCGRATH,"

Defendants,
-----------------------------------------------------------------X

I, Robert C. Heinemann, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants SALVATORE BRACCIA, DANIEL LETTIERE, SCHRODER & COMPANY, INC., DAMIEN NOVELLO, LOUIS CAIOLA and JOHN DOE a/k/a "ROBERT MCGRATH" (hereinafter collectively referred to as "All Defendants") have not filed an answer or otherwise moved with respect to the complaint herein. The default of all Defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
           December ____,2006

ROBERT C. HEINEMANN
Clerk of Court

By: _____
        Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREGG BOSTER,

                                                                    Index No. CV 06 - 4756

                        Plaintiff,

            -against-                                                **DEFAULT JUDGMENT**

SALVATORE BRACCIA, DANIEL LETTIERE,
SCHRODER & COMPANY, INC., DAMIEN
NOVELLO, LOUIS CAIOLA and JOHN DOE a/k/a
"ROBERT MCGRATH,"
                                            Defendants,
------------------------------------------------------------------X

        The summons and complaint in this action having been duly served on Defendants

SALVATORE BRACCIA on September 27, 2006, Defendant DANIEL LETTIERE on

September 25, 2006, Defendant SCHRODER & COMPANY, INC. on October 13, 2006,

Defendant DAMIEN NOVELLO on September 29, 2006 and Defendant LOUIS CAIOLA on

September 26, 2006 and said Defendants having failed to plead or otherwise defend in this

action, and said default having been duly noted, and upon the annexed declaration of default

judgment.

        NOW, on motion of Timothy Feil, Esq. of Finkelstein, Feil & Foxman, LLP, the

attorneys for the Plaintiff, it is hereby ORDERED and ADJUDGED that GREGG BOSTER, the

plaintiff, does recover of all Defendant(s), joint and severally, the sum of ONE MILLION ONE

HUNDRED NINETEEN THOUSAND NINE HUNDRED SIXTY SEVEN DOLLARS AND

FIFTY CENTS ($1,119,967.50), the amount claimed, plus interest in the sum of $ _____,

with costs and disbursements, and attorneys' fees in the sum of $_____, amount in all

to the sum of $ _____, plus interest at the legal rate in effect on the date

of this judgment; and, that the Plaintiff has execution therefor.

Dated: Brooklyn, New York
        December        ,2006
                                            By:_____
                                                Judge J. Gleeson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

GREGG BOSTER,                                    Index No. CV 06 - 4756

                         Plaintiff,

                                                 **AFFIDAVIT IN SUPPORT OF**
           -against-                             **DEFAULT JUDGMENT**

SALVATORE BRACCIA, DANIEL LETTIERE,
SCHRODER & COMPANY, INC., DAMIEN
NOVELLO, LOUIS CAIOLA and JOHN DOE a/k/a
"ROBERT MCGRATH,"

                         Defendants,

-------------------------------------------------------------X

    1.     I am a member of the law firm of Finkelstein, Feil & Foxman, LLP, attorneys for

the Plaintiff, Mr. Gregg Boster ("Plaintiff" or "Boster") herein, and as such am fully familiar

with the facts and circumstances surrounding this action.

    2.     Mr. Boster submits the instant application for default as against Defendants

Salvatore Braccia ("BRACCIA"), Daniel Lettiere ("LETTIERE"), Schroder & Company, Inc.

("SCHRODER"), Damien Novello ("Novello"), Louis Caiola ("Caiola") and John Doe a/k/a

"Robert McGrath" ("McGrath") (herein collectively referred to as "Defendants") for their failure

to provide an answer or otherwise appear herein despite being duly served with the Summons

and Complaint and respectfully requests that this Court direct that a date certain be made for an

inquest for an assessment of damages on the causes of action set forth in the Plaintiff's

Complaint.

    3.     This is an action by Plaintiff to recover damages arising out of the fraud

perpetrated against him, whereby the Defendants absconded with One Million One Hundred

Nineteen Thousand Nine Hundred Sixty Seven Dollars and Fifty Cents ($1,119,967.50) of Mr.

Boster's money under an elaborate scheme where Mr. Boster was led to believe that he was

investing in the stock market through a genuine securities broker-dealer. Attached hereto as

Exhibit "A" is a copy of the Complaint in the underlying action. Attached to the Complaint as

Exhibit "A" is the Indictment identifying the checks submitted by Mr. Boster to the Defendants

as follows:  $35,008.00 on July 14, 2003, $4,927.50 on July 21, 2003, $105,008.00 on July 31, 2003, $150,000.00 on August 22, 2003, $225,008.00 and $270,008.00 on October 8, 2003 and $330,008.00 on October 9, 2003.  Unbeknownst to Mr. Boster, the Defendants were not licensed broker-dealers or stockbrokers and had created the fictitious entity "Schroder & Company, Inc." for the sole purpose of stealing monies from unsuspecting persons of the public such as Plaintiff.

4.      This action was commenced by the filing of a Summons and Complaint, with the Clerk of the U.S. District Court, Eastern District of New York, on August 30, 2006, and assigned the index number CV-06 4756.  Thereafter, the Summons and Complaint was served on BRACCIA on September 27, 2006, Defendant LETTIERE on September 25, 2006, Defendant SCHRODER on October 13, 2006, Defendant NOVELLO on September 29, 2006 and Defendant CAIOLA on September 26, 2006.  A copy of the affidavits of service of the Summons and Complaint upon the aforementioned Defendants are attached hereto as Exhibit "B".

5.      On November 10, 2006, this law firm mailed notice of default letters indicating Plaintiff's intention to seek a default judgment for failure to answer the Complaint to LETTIERE, SCHRODER, NOVELLO and CAIOLA.  A copy of said letters are attached hereto as Exhibit "C".

6.      On November 22, 2006, this law firm mailed a notice of default letter indicating Plaintiff's intention to seek a default judgment for failure to answer the Complaint to Vincent Spata, Esq., who, weeks earlier, informed me that he was representing BRACCIA and that he would require an extension of time to submit any responsive pleading.  A copy of said letter is attached hereto as Exhibit "D".

7.      I granted Mr. Spata's request as a courtesy provided that Mr. Spata make a written notice of appearance and confirm said extension request in writing.  To date, despite two (2) telephone calls to Mr. Spata's office seeking written confirmation, no return message was ever

received.[1]

8.    To date, the Defendants have completely disregarded the Summons and Complaint and have failed to interpose an answer or other responsive paper, despite repeated requests by affirmant on behalf of the Plaintiff.

9.    More than twenty (20) days have elapsed since service of said Summons and Complaint herein.  The time of Defendants to answer the Summons and Complaint herein has not been further extended to the present and Defendants are in clear default of the timeline for answering the Summons and Complaint.

10.    Said Defendants are not infants or incompetents and are not believed to be in the military service of the United States.

11.    That this Court should recognize that Mr. Boster has a good and meritorious cause of action and due to defendant's default, plaintiff's ability to prosecute this action is severely prejudiced.

12.    Accordingly, Plaintiff has no other recourse to protect his client's interests in this action but to proceed for a default judgment and respectfully requests that this Court enter a default judgment and respectfully requests that the Court direct that a date certain be made for said inquest for an assessment of damages on the causes of action set forth in the Plaintiff's Complaint.

13.    No previous application for the relief prayed for herein has heretofore been made.

---

[1] In order to effectively notify Defendant BRACCIA of this application, this firm served both Mr. Spata and Mr. Braccia with same.

14.    I declare under penalty of perjury that the foregoing is true and accurate to the best of my/our knowledge, information and belief; that the amount claimed is justly due and owing to Plaintiff; that no part thereof has been paid; and, that the disbursements sought to be taxed have been made in this action, or will necessarily be made or included in this action.

Dated:  Bay Shore, New York
        December 5, 2006

                                            Respectfully Submitted,

                                            Timothy Feil, Esq.
                                            Attorney Reg. No: TF3516
                                            Finkelstein, Feil & Foxman, LLP
                                            1322 Fifth Avenue
                                            Bayshore, New York 11706
                                            Tel. (631) 969-8833
                                            Fax. (631) 969-8835

cc:     Vincent Spata, Esq.
        Salvatore Braccia
        Daniel Lettiere
        Schroder & Company, Inc.
        Damien Novello
        Louis Caiola

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X Index No.: CV 06-4756

GREGORY BOSTER,

                                    Plaintiff,

              -against-

SALVATORE BRACCIA, DANIEL LETTIERE,          **AFFIRMATION OF SERVICE**
SCHRODER & COMPANY, INC., DAMIEN
NOVELLO, LOUIS CAIOLA and JOHN DOE a/k/a
"ROBERT MCGRATH,"

                                    Defendant(s).

------------------------------------------------------------------x

        Meybell Menjivar, being duly sworn, deposes and says that she is not a party to this action, is over
the age of 18 years, and resides at Nassau County, New York, and that on the 7th day of December 2006,
she served the Plaintiff's Motion for Default upon the following:

Salvatore Braccia                    Louis Caiola
18 North Edo Ct.                     C/O Ulster Correctional Facility
Staten Island, New York              Classification Department
                                     DW No.: 06 R 2679
Damien Novello                       750 Berme Road
25 Briarcliff Drive                  P.O. Box 800
Merrick, New York 11566              Napanoch, New York 12458

Daniel Lettiere                      Schroder & Co., Inc.
37 Driving Park Avenue               555 Route 18 South
Lynbrook, New York 11563             East Brunswick, New Jersey 08816

Vincent Spata, Esq.
7016 18th Avenue
Brooklyn, New York 11204


        Service was made as referenced above, by mailing a true and complete copy thereof by regular
U.S. Mail, and placed in the custody of the U.S. Postal Service, addressed to the address set forth after the
name.


                                                    Meybell Menjivar
                                              Meybell Menjivar