UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GREGG BOSTER,

        Plaintiff,

        -against-

SALVATORE BRACCIA, et al.,

        Defendants.
----------------------------------------------------------X

ORDER

06-CV-4756 (JG) (RER)

JOHN GLEESON, United States District Judge:

        Having reviewed Judge Reyes's Report and Recommendation of November 7, 2007 and having noted that that no party has objected to it, I hereby adopt the Report and Recommendation in its entirety. The Clerk is respectfully directed to enter judgment accordingly.

        So ordered.


        John Gleeson, U.S.D.J.

Dated: Brooklyn, New York
       December 4, 2007