UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GREGG BOSTER,

                Plaintiff,

  -against-

SALVATORE BRACCIA, et al.,

                Defendants.
-----------------------------------------------------------X

JUDGMENT
06-CV- 4756 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC - 7 2007 ★

An Order of Honorable John Gleeson, United States District Judge, having been been filed on December 4, 2007, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated November 7, 2007; granting Boster's motion for a default judgment against defendants jointly and severally in the total amount of $1,340,915.14, including $945,040.00 in compensatory damages, $361,649.29 in pre-judgment interest, $31,440.00 in attorney's fees and $2,785.85 in filing costs; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted in its entirety; that Boster's motion for a default judgment is granted against defendants jointly and severally in the total amount of $1,340,915.14, including $945,040.00 in compensatory damages, $361,649.29 in pre-judgment interest, $31,440.00 in attorney's fees and $2,785.85 in filing costs; it is

Dated: Brooklyn, New York
       December 06, 2007

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court